IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN     PLAINTIFF

    v.      Civil No. 05-5132

SHERIFF KEITH FERGUSON; DEPUTY MURRAY
and KEITH SMITH, Chief-of-Police, Gentry Police
Department     DEFENDANTS

## **O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion **on or before June 30, 2006**. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 11th day of May 2006.

           **/s/ Beverly Stites Jones**
           _____
           HON. BEVERLY STITES JONES
           UNITED STATES MAGISTRATE JUDGE