IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN                                              PLAINTIFF

v.                          Civil No. 05-5132

SHERIFF KEITH FERGUSON;
DEPUTY MURRAY; and KEITH
SMITH, Chief of Police, Gentry
Police Department                                                   DEFENDANTS

## ORDER

On August 29, 2006, the Benton County defendants filed a motion to compel answers to discovery requests (Doc. 33). Defendants state they propounded interrogatories and requests for production of documents to the plaintiff on February 22, 2006. On March 20, 2006, counsel for the Benton County defendants received a telephone call from the plaintiff and agreed to provide the plaintiff an additional two-weeks to respond to the discovery requests. Since that time, the Benton County defendants state they have not received plaintiff's responses or any further communication from the plaintiff regarding his responses.

Under the Federal Rules of Civil Procedure, plaintiff had thirty (30) days to respond to the discovery requests. Fed. R. Civ. P. 33(b)(3) & 34(b). On March 20, 2006, the parties agreed to an extension of time. This would have made plaintiff's response due on April 3, 2006. Plaintiff failed to provide the Benton County defendants with his discovery responses. Accordingly, the Benton County defendants' motion to compel (Doc. 33) is granted. Plaintiff is directed to provide defendants with the required responses to the discovery requests **by 5:00**

-1-

AO72A
(Rev. 8/82)

**p.m. on November 20, 2006. Plaintiff is advised that if he fails to comply with the court's order that the defendants may move for dismissal of this case based on the plaintiff's failure to prosecute the action and plaintiff's failure to obey an order of the court.**

IT IS SO ORDERED this 2nd day of November 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)