```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

STEPHEN JAMES ENGLEMAN                                    PLAINTIFF

       v.         Civil No. 05-5132

SHERIFF KEITH FERGUSON;
DEPUTY MURRAY; and
KEITH SMITH, Chief of Police,
Gentry Police Department                                  DEFENDANTS

### O R D E R

NOW on this 23rd day of January 2007, the above referenced matter comes on for the Court's consideration. On January 4, 2007, the Report and Recommendation of the Magistrate Judge (document #40) was filed herein. The parties were given ten (10) days from the receipt of the report and recommendation within which to file written objections. In a letter dated January 11, 2007, the plaintiff communicated with the Clerk of this Court, requesting the status of the above referenced matter (document #42). The Court, noting that the plaintiff's address of record has recently changed, will treat the plaintiff's communication as a request for an extension of time. The Court will, further, **grant** the plaintiff an extension of time; and, the time for the plaintiff to respond to the Report and Recommendation is extended to **February 9, 2007.**

    **IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE