IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN                                          PLAINTIFF

    v.                             No. 05-5132

SHERIFF KEITH FERGUSON, et al.                                 DEFENDANTS

**ORDER**

Now on this 9th day of February, 2007, comes on to be considered the **Report and Recommendation (Doc. 40)** issued by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Also before the Court are plaintiff's **Objections and Supplemental Objections (Docs. 46, 47)** to the Report and Recommendation, plaintiff's **Motion for Appointment of Counsel (Doc. 48),** and defendant Keith Smith's **Motion to Compel (Doc. 49).**  The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1.   The Magistrate Judge issued a  Report and Recommendation recommending that this case be dismissed on the grounds that plaintiff had failed to prosecute it and failed to comply with the Court's order to complete a questionnaire in response to defendants' summary judgment motions.

2.   In his objections to the Report and Recommendation, plaintiff explains that he did not respond to the summary judgment motions because his cousin, who is an attorney, "misrepresent[ed] or told [him] wrongly ... [that] the summary judgment ... meant the case was to be dismissed."  (Doc. 47.)

3.   Upon due consideration, the **Report and Recommendation (Doc. 40)** will **NOT BE ADOPTED** and plaintiff's action will not be dismissed for failure to prosecute.  However, plaintiff is advised that any future failure to comply with an order of the Court will justify the dismissal of his complaint.

4.   This action is hereby referred back to Magistrate Judge Marschewski for further proceedings, including disposition of plaintiff's **Motion for Appointment of Counsel (Doc. 48)** and defendant Smith's **Motion to Compel (Doc. 49).**

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE