IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN PLAINTIFF

v. Civil No. 05-5132

SHERIFF KEITH FERGUSON;
DEPUTY MURRAY; and
KEITH SMITH, Chief of Police,
Gentry Police Department DEFENDANTS

**O R D E R**

By order entered on February 9, 2007, the case was re-referred to the undersigned for further report and recommendation (Doc. 51). Although previously ordered to do so (Doc. 36), plaintiff has not responded to the summary judgment motions filed by the defendants. To assist plaintiff in responding to the summary judgment motions, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the summary judgment motions.

For this reason, Stephen James Engleman is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **March 2, 2007**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of February 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE



AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN PLAINTIFF

v. Civil No. 05-5132

SHERIFF KEITH FERGUSON;
DEPUTY MURRAY; and
KEITH SMITH, Chief of Police,
Gentry Police Department DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO: STEPHEN JAMES ENGLEMAN

These questions and answers will serve as your response to defendants' motions for summary judgment. You may use additional sheets of paper in responding to these questions. You must file this response by **March 2, 2007.**

1. On March 23, 2004, a warrant was issued for your arrest by a Bentonville District Court Judge for failure to comply.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. The court will refer to the exhibits attached to the summary judgment motion filed by Sheriff Ferguson and Deputy Murray as "Ferguson's Exhibit" followed by the exhibit number and page number. In explaining, please refer to Ferguson's Exhibit 1 at page 2.

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________



AO72A
(Rev. 8/82)

______________________________________________________________________

2. The warrant identified you by name, social security number, date of birth, photograph, and listed your address as 24512 Van Fleet Road, Siloam Springs, Arkansas.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 2.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

3. On January 11, 2005, the Benton County Sheriff's Office received a call concerning a "prowler" at 24512 Van Fleet Road, Siloam Springs, Arkansas.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 5.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

4(A). The caller identified himself as Steve England. The caller advised there were three people, possibly two males and one female, messing around his house. The caller stated the prowlers had tried to get in his door. The caller stated he could see no vehicle. The caller advised that the prowlers were at the back of the house. The caller gave directions to the home as Hwy. 43 north of Siloam Springs, west on Van Fleet.



AO72A
(Rev. 8/82)

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 5.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

(B). Deputy Murray and a Gentry Police Officer responded to your call about a prowler.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

(C). Your Father was present at 24512 Van Fleet Road and gave the officers permission to search the house for you.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________



AO72A
(Rev. 8/82)

(D). At the time of the search, you were hiding in a closet inside the garage.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

5. You were arrested on the warrant issued on March 23, 2004, for failure to comply.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 4.

6. You were arrested at 24512 Van Fleet Road, Siloam Springs, Arkansas.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 4.

7(A). You were arrested on January 11, 2005, at 4:30 a.m.



AO72A
(Rev. 8/82)

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 4.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

(B). You were booked into the Benton County Detention Center at approximately 5:16 a.m.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 3.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

(C). You were cited and released at approximately noon that same day.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 3.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

8. Upon intake at the Benton County Sheriff's Office you gave your address as 24512



AO72A
(Rev. 8/82)

Van Fleet Road, Siloam Springs, Arkansas.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 4.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

9. You used an Arkansas address while living at 24512 Van Fleet Road.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 4.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

10. At the time of your arrest, you had an Arkansas driver's license and your vehicle was registered in Arkansas.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

11. Were you registered to vote in Arkansas?

Answer: Yes ___________ No ____________.

If you answered no, please state where you were registered to vote.

____________________________________________________________________________

____________________________________________________________________________

12. Did you place the call to the Benton County Sheriff's Office about prowlers on your property on January 11, 2005?

Answer: Yes ___________ No ___________.

If you answered no, please state whether you were present when the call was placed and who made the call.

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

13. On January 11, 2005, your telephone number was 479-524-4056.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

____________________________________________________________________________

14. The property at 24512 is located partly in the State of Arkansas and partly in the



AO72A
(Rev. 8/82)

State of Oklahoma.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

15. The state line passes through the property in such a way that the mail box is in Arkansas.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

16. The house is in the State of Oklahoma.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________



AO72A
(Rev. 8/82)

17. Sheriff Ferguson was not present during the arrest or when you were booked into the Benton County Detention Center.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

18. Sheriff Ferguson had no personal knowledge regarding your arrest on January 11, 2005.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

19. Deputy Murray did not use excessive physical force against you during the arrest.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________



AO72A
(Rev. 8/82)

______________________________________________________________________

20. Deputy Murray did not spray you with pepper spray.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

21. Once you were at the Benton County Detention Center, you had access to running water.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

22. Prior to your arrest, you attempted to hide from the officers and resisted their efforts to arrest you.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________

______________________________________________________________________



AO72A
(Rev. 8/82)

23. When the officers saw you fleeing towards the back of the garage, you refused to comply with the officers' commands.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

24. You were taken to the ground and handcuffed.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

25. Deputy Murray transported you to the Benton County Detention Center.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Ferguson's Exhibit 1 at page 2.



AO72A
(Rev. 8/82)

26. The Gentry Police Manual allows officers to travel outside of the Gentry city limits only in a limited number of circumstances.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. The court will refer to the exhibits attached to the summary judgment motion filed by Chief Keith Smith as "Smith's Exhibit" followed by the appropriate number. In explaining, please refer to Smith's Exhibit A-2.

27. Gentry police officers are not given authority to travel into other states to make arrests.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Smith's Exhibit A-2, A-3.

28. The Gentry Police Department's use of force policy is that officers may use only the amount and degree of force that is reasonably necessary to protect life and property.



AO72A
(Rev. 8/82)

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to Smith's Exhibit A-1.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

29. The City of Gentry has no custom or policy that allows officers to use excessive force when making an arrest.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

30. Chief Keith Smith was not present during your arrest on January 11, 2005.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

31. Chief Smith had no personal knowledge regarding your arrest on January 11,



AO72A
(Rev. 8/82)

2005.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

32. Chief Smith did not spray you with pepper spray or use any physical force against you on January 11, 2005.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

33. Please explain in detail why you believe Chief Smith should be held liable for the actions you allege were taken by an unnamed Gentry police officer.

Answer:

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________

_______________________________________________________________________________



AO72A
(Rev. 8/82)

Detail below any further response you would like to make to defendants' summary judgment motions. If you have any exhibits you would like the court to consider, you may attach them to this response.



AO72A
(Rev. 8/82)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _________ DAY OF ________________ 2006.

STEPHEN JAMES ENGLEMAN



AO72A
(Rev. 8/82)