IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN                                                       PLAINTIFF

       v.                        Civil No. 05-5132

SHERIFF KEITH FERGUSON;
DEPUTY MURRAY; and
KEITH SMITH, Chief of Police,
Gentry Police Department                                                     DEFENDANTS

**O R D E R**

On February 16, 2006, the defendants filed a second motion to compel (Doc. 54). In their motion, defendants state the plaintiff has not responded to their discovery requests. By letter dated February 22, 2006, the plaintiff forwarded his discovery responses to the court. These responses are being sent to counsel for the defendants. Accordingly, the motion to compel is denied as moot.

IT IS SO ORDERED this 28th day of February 2007.

/s/ *J. Marschewski*
   HON. JAMES R. MARSCHEWSKI
   UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)