IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEPHEN JAMES ENGLEMAN                                                        PLAINTIFF

        v.                              Civil No. 05-5132

DEPUTY MURRAY; and
KEITH SMITH, Chief of Police,
Gentry Police Department                                                           DEFENDANTS

**O R D E R**

On April 27, 2007, a notice of interlocutory appeal was filed on behalf of Deputy Murray. During the pendency of the interlocutory appeal, this case is administratively terminated. The case may be returned to the court's active docket upon the filing of a motion at the conclusion of the interlocutory appeal.

IT IS SO ORDERED this 3rd day of May 2007.

                                              /s/ Jimm Larry Hendren
                                              HON. JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)